# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARL MICHAEL HOWARD

NO. 2021 KW 0994

**OCTOBER 25, 2021**

---

In Re: Karl Michael Howard, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 130,500.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT